AUSA: Henry L. Ross

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRANDON STEVEN CHIN,

Defendant.

**24 MAG 261**

**COMPLAINT**

Violations of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4)

COUNTIES OF OFFENSE:
NEW YORK, BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

AMANDA BAUZA, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Threats Against Federal Officials)

1. On or about December 7, 2023, in the Southern District of New York and elsewhere, BRANDON STEVEN CHIN, the defendant, knowingly threatened to assault, kidnap, and murder Federal law enforcement officers and officials whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with such persons while engaged in the performance of official duties, to wit, CHIN placed a call to the FBI National Threat Operations Center, during which call CHIN threatened to kill and otherwise harm a Threat Intake Examiner with the FBI and other individuals at the FBI.

(Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).)

## COUNT TWO
### (Threats Against Federal Officials)

2. On or about January 19, 2024, in the Southern District of New York and elsewhere, BRANDON STEVEN CHIN, the defendant, knowingly threatened to assault, kidnap, and murder Federal law enforcement officers and officials whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with such persons while engaged in the performance of official duties, to wit, CHIN placed multiple calls to the FBI New York Field Office, during which calls CHIN threatened to kill and otherwise harm a Supervisory Administrative Specialist with the FBI and other individuals at the FBI New York Field Office.

(Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the FBI and have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with other law enforcement officers, my examination of documents, recordings, photographs, reports, and records, and my involvement in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my involvement in this investigation, including my conversations with other law enforcement officers and my review of law enforcement reports and documents, as well as my training and experience, I have learned, among other things, the following:

   a. The FBI employs Threat Intake Examiners ("TIEs"). TIEs are law enforcement officers whose official duties include, among other things, receiving incoming telephone calls at the FBI National Threat Operations Center (the "NTOC"), which is located in West Virginia.

   b. The FBI employs Supervisory Administrative Specialists ("SASs"). SASs are law enforcement officers whose official duties include, among other things, receiving incoming telephone calls at the FBI New York Operations Center (the "NYOC").

   c. The building located at 26 Federal Plaza, New York, New York ("26 Federal Plaza"), is a federal government facility that houses, among other offices, the NYOC and other components of the FBI New York Field Office.

   d. The FBI New York Field Office maintains a phone line that can be reached via a publicly available telephone number (the "FBI New York Main Line"). Each time a call is received by the FBI New York Main Line, a recorded message advises the caller, in substance and in part: "Thank you for calling the Federal Bureau of Investigation, FBI, New York Division." The recorded message then provides a list of call routing options.

5. Based on my review of records from a cellphone service provider ("Service Provider-1"), I have learned, among other things, that, since at least December 2019, a certain cellphone number (the "Chin Cellphone Number") has been subscribed to in the name of "Brandon S Chin."

6. Based on my involvement in this investigation, including my conversations with other law enforcement officers, my review of law enforcement reports and documents, and my review of service provider records, I have learned, among other things, the following:

   a. On or about December 7, 2023, at approximately 9:06 a.m., the NTOC received a call (the "December 7 Call") from the Chin Cellphone Number. During the call, which was recorded, an individual who has since been identified as BRANDON STEVEN CHIN, the

2

defendant, as described below,[1] made the following statements, among others, to an FBI TIE ("Federal Official-1"):

      i. CHIN asked for his call to be transferred to the "FBI office" on the 23rd floor of 26 Federal Plaza.

      ii. CHIN said, in substance and in part, that he was "going to get a gun and shoot up wherever you are."

      iii. CHIN said, in substance and in part: "Are you stupid? Didn't you just hear what I said? You figure it out, you're the federal government."

      iv. CHIN said, in substance and in part, that he was "going to bitch slap, shoot the first person I see."

      v. CHIN said, in substance and in part, that he had weapons.

      b. On or about January 19, 2024, the Chin Cellphone number made a total of at least 19 calls to the FBI New York Main Line, two of which are described below.

      c. On or about January 19, 2024, at approximately 6:00 p.m., the NYOC received a call (the "January 19 Call") from the Chin Cellphone Number via the FBI New York Main Line. During the call, which was not audio-recorded, CHIN provided his name to an FBI SAS ("Federal Official-2"),[2] and made the following statements, among others, to Federal Official-2:

      i. After Federal Official-1 asked CHIN why CHIN was upset and agitated, CHIN said, in substance and in part: "You know why, motherfucker."

      ii. CHIN said, in substance and in part: "This is not a game."

      iii. CHIN said, in substance and in part: "I am going to shoot everyone. I have a gun and I am right outside of the building."

      iv. CHIN again said, in substance and in part, that he had a gun.

      v. CHIN said, in substance and in part: "I see the guards but they are not pigs."

      vi. CHIN said, in substance and in part: "Are you stupid? Why are you not calling the police?

---

[1] Some FBI personnel initially suspected that the December 7 Call had been made by another individual ("Individual-1") who had previously made harassing phone calls to the FBI, but the FBI later confirmed as described herein that the call was made by CHIN.

[2] Based on my conversations with Federal Official-2, I have learned that Federal Official-2 recorded the name phonetically as "Brandon Steventon."

       vii.  CHIN said, in substance and in part, that he was wearing a silver-colored jacket, black jeans, and blue sneakers.

       viii.  CHIN said, in substance and in part: "I am going to kill you."

       d.  On or about January 19, 2024, at approximately 9:13 p.m., the NYOC received another call from the Chin Cellphone Number. During the call, which was recorded, CHIN identified himself as "Brandon Steven Chin" and stated that he lives at a particular address on "Franklin Avenue, Bronx, New York 10465" (the "Chin Residential Address").

       e.  On or about January 20, 2024, law enforcement officers conducted surveillance in the vicinity of the Chin Residential Address. At approximately 4:46 p.m., law enforcement officers observed an individual ("Individual-1") wearing the clothing that CHIN said he was wearing during the January 19 Call: a silver-colored jacket, black jeans, and blue sneakers. Law enforcement took the below photograph of Individual-1 in the vicinity of the Chin Residential Address.



4

7.      Based on my conversations with other law enforcement officers, my review of law enforcement reports, and my review of records from Service Provider-1, I have learned, among other things, that the location of the cellphone assigned the Chin Cellphone Number (the "Chin Cellphone") is consistent with the possession of the Chin Cellphone by BRANDON STEVEN CHIN, the defendant. Specifically:

a.      On or about December 7, 2023, that is, on the day that the Chin Cellphone Number was used to make the December 7 Call, the Chin Cellphone was, at various times, located in the vicinity of the Chin Residential Address.

b.      On or about January 19, 2024, that is, on the day that the Chin Cellphone Number was used to make the January 19 Call, the Chin Cellphone was, at various times, located in the vicinity of the Chin Residential Address.

c.      On or about January 19, 2024, at approximately 6:00 p.m., that is, at or around the time the Chin Cellphone Number was used to make the January 19 Call, the Chin Cellphone was located in the vicinity of Trinity Place, New York, New York, which is approximately 0.8 miles south of 26 Federal Plaza.

d.      On or about January 19, 2024, at approximately 6:05 p.m., that is, approximately five minutes after the Chin Cellphone Number was used to make the January 19 Call, the Chin Cellphone was located in the vicinity of Mulberry Street, New York, New York, which is approximately 0.9 miles north of 26 Federal Plaza.

8.      Based on my conversations with other law enforcement officers, I have learned that, on or about January 20, 2024, at approximately 7:15 p.m., BRANDON STEVEN CHIN, the defendant, was arrested outside of the Chin Residential Address. Law enforcement officers seized a cellphone from CHIN incident to arrest ("Cellphone-1"). At approximately 8:58 p.m., I placed a call to the Chin Cellphone Number, and then personally observed Cellphone-1 begin to ring. Accordingly, I believe that Cellphone-1 is the Chin Cellphone.

WHEREFORE, I respectfully request that BRANDON STEVEN CHIN, the defendant, be imprisoned or bailed, as the case may be.

_____
Amanda Bauza
Special Agent
FBI

Sworn to me before me on this 22nd day of January, 2024.

_____
THE HONORABLE SARAH NETBURN
Chief United States Magistrate Judge
Southern District of New York